```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF WASHINGTON
```

| | |
|---|---|
| STEVEN D. DEVITT,<br><br>    Plaintiff,<br><br>  vs.<br><br>DAVID L. STEVENS, OZZIE KNEZOVICH, and ELDON VALE,<br><br>    Defendants. | NO. CV-11-5011-CI<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION** |

Magistrate Judge Imbrogno filed a Report and Recommendation on April 11, 2011, recommending Mr. Devitt's civil rights action be dismissed without prejudice for failure to prosecute. There being no objections, the court **ADOPTS** the Report and Recommendation. This action is **DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward a copy to Plaintiff at his last known address and close the file. The Court certifies any appeal of this dismissal would not be taken in good faith.

**DATED** this   10th   day of May 2011.

```
                            S/ Edward F. Shea
                            EDWARD F. SHEA
                       United States District Judge
```

Q:\Civil\2011\11cv5011ci-5-10-disfoo.wpd

ORDER DISMISSING ACTION -- 1